UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHERRI C. CHATMAN,**
        **Plaintiff,**

                                              **Civil Action 2:22-cv-3277**
**v.**                                          **Judge Edmund A. Sargus, Jr.**
                                              **Magistrate Judge Chelsey M. Vascura**

**LOUIS DEJOY,** *Postmaster General,*
*United States Postal Service,*

        **Defendant.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 19, 2022 in which she, *inter alia*, recommended dismissal of this action pursuant to 28 U.S.C. § 1915(E)(2) for failure to state a claim upon which relief may be granted.  (ECF No. 6.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action.  The Clerk is **DIRECTED** to **ENTER JUDGMENT** and **CLOSE** this case.

        **IT IS SO ORDERED.**

**10/25/2022**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**