UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHERRI C. CHATMAN,

    Plaintiff,

  v.                                      Civil Action 2:22-cv-3277
                                               Judge Edmund A. Sargus, Jr.
                                               Magistrate Judge Chelsey M. Vascura

LOUIS DEJOY, *Postmaster General*,
*United States Postal Service*,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration.  (ECF No. 10.) Therein, Plaintiff asserts that she did not receive notice of the Magistrate Judge's September 19, 2022 Report and Recommendation (ECF No. 6) until after the Court adopted the Report and Recommendation in the absence of any objections on October 25, 2022 (ECF No. 8). Accordingly, the October 25, 2022 Opinion and Order (ECF No. 8) and Clerk's Judgment (ECF No. 9) are **VACATED**. Plaintiff shall have until **NOVEMBER 23, 2022** to object to the Magistrate Judge's September 19, 2022 Report and Recommendation (ECF No. 6).

    IT IS SO ORDERED.

                                                            s/Edmund A. Sargus, Jr. 11/18/2022
                                                            EDMUND A. SARGUS, JR.
                                                            UNITED STATES DISTRICT JUDGE