UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHERRI C. CHATMAN,**

    **Plaintiff,**                        **Case No. 2:22-cv-3277**
                                                  **Judge Edmund A. Sargus, Jr.**
**v.**                                             **Magistrate Judge Chelsey M. Vascura**

**POSTMASTER GENERAL, UNITED
STATES POSTAL SERVICE,**

    **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 15), which recommends dismissing this action pursuant to 28 U.S.C. § 1915(e)(2) for failure to assert any claim over which this Court has subject-matter jurisdiction. Plaintiff was granted additional time, until January 27, 2023, to file an objection to the Report and Recommendation.  (ECF Nos. 16, 17.)  Plaintiff, however, has failed to file any objection.

Therefore, the Court **ADOPTS** the Report and Recommendation (ECF No. 15), and for the reasons set forth in it, this case is **DISMISSED** pursuant to § 1915(e) for failure to assert any claim over which this Court.  The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendant and **CLOSE** this case.

    **IT IS SO ORDERED.**

**2/23/2023**                                                  s/Edmund A. Sargus, Jr.
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**